JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-11193-SB (AFMx) | Date: | 3/2/2021 |
|---|---|---|---|

| Title: | *Lala Sloatman v. The Legal Leads, Inc., et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **ORDER DISMISSING CASE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the action is **DISMISSED with prejudice** as to plaintiff and **DISMISSED without prejudice** to the putative class.

**IT IS SO ORDERED**.